1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Beth Ann Kramer
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | BETH ANN KRAMER,                    ) Case No.: 12-cv-00830 FFM
11 |                                     )
   |             Plaintiff,              ) {PROPOSED} ORDER AWARDING
12 |                                     ) EQUAL ACCESS TO JUSTICE ACT
   |     vs.                             ) ATTORNEY FEES AND EXPENSES
13 |                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
   | CAROLYN W. COLVIN,[1] Acting        ) AND COSTS PURSUANT TO 28
14 | Commissioner of Social Security,    ) U.S.C. § 1920
   |                                     )
15 |                                     )
   |             Defendant               )
16 |                                     )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19

20

21

22 ---
   [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
23 February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
   Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
24 Michael J. Astrue as Defendant in this suit. No further action need be taken to
   continue this suit by reason of the last sentence of section 205(g) of the Social
25 Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26 Commissioner as the Commissioner.

                                       -1-

1  IT IS ORDERED that fees and expenses in the amount of $6,350.00 as
2  authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized
3  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

4
5  DATE:  March 26, 2014

6  /S/ FREDERICK F. MUMM
   THE HONORABLE FREDERICK F. MUMM
7  UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14  Respectfully submitted,
15  LAW OFFICES OF Lawrence D. Rohlfing
16  /s/ *Vijay J. Patel*
    _____
17  Vijay J. Patel
    Attorney for plaintiff Beth Ann Kramer
18
19
20
21
22
23
24
25
26